**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　　　Corey Murry<br><br>　　　　　　Debtor(s) | Case No. 16-29313 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 09/14/2016.

　　2)　The plan was confirmed on 11/04/2016.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2017.

　　5)　The case was dismissed on 10/06/2017.

　　6)　Number of months from filing to last payment: 10.

　　7)　Number of months case was pending: 15.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $1,125.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,701.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,701.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,606.69 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $87.55 |
| Other | $6.76 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,701.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 5,500.00 | 5,880.80 | 5,880.80 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 700.00 | 1,236.99 | 1,236.99 | 0.00 | 0.00 |
| CREDITONE LLC | Unsecured | NA | 6,344.31 | 6,344.31 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 901.17 | 901.17 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 12,000.00 | 13,930.40 | 13,930.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,000.00 | 22,915.28 | 22,915.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,637.84 | 2,637.84 | 0.00 | 0.00 |
| LOCKHART MORRIS MONTGOMERY | Unsecured | 1.00 | 1,385.70 | 1,385.70 | 0.00 | 0.00 |
| MIDAMERICAN ENERGY CO | Unsecured | 1.00 | 196.81 | 196.81 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 540.00 | 540.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 540.00 | 540.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 540.00 | 540.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 135.00 | 135.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| NPRTO ILLINOIS | Unsecured | 600.00 | 1,134.71 | 1,134.71 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CBE GROUP/IOWA HEALTH DES MOI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHICKASAW COUNTY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PARIS IL | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| COLES COUNTY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM/CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/VILLAGE OF RICHTON PAF | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/CITY OF COUNTY CLUB HI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IOWA DEPARTMENT OF REVENUE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Unsecured | 3,460.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION/US CEL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EDGAR COUNTY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC/MEDICAL DATA PA | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/LAKE COUNTY CIR | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE COUNTY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES/SPRINT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC/MEDICAL PAY | Unsecured | 1,270.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC/MEDICAL PAY | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC/CITY OF ACKI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC/MCFARLAND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HE STARK COL/CLERK OF COURT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HONOR FINANCE | Unsecured | 9,732.00 | NA | NA | 0.00 | 0.00 |
| TRUST REC SV/OAKLAWN RADIOLO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK LAWN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK LAWN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PEKIN | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WHEATON | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 500.00 | 410.29 | 410.29 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,915.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$22,915.28** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,024.02** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,701.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,701.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/11/2017      By: /s/ Glenn Stearns
                                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**